IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUZANNE FLEENOR, Personal Representative for the Estate of Danny R. Fleenor;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:18CV61<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the Order Setting Schedule for Initial Progression of a Civil Case, (Filing No. 11). Including all unexpired deadlines within it, is vacated.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge