IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUZANNE FLEENOR, Personal Representative for the Estate of Danny R. Fleenor,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | **8:18CV61**<br><br>**ORDER** |

Plaintiff's Motion for Dismissal with Prejudice (Filing No. 21) is granted. This case is dismissed with prejudice with both parties in this action to bear its own fees and costs.

Dated this 5th day of February, 2019.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge